UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

RASEAN J. TATE, et al.,

        Plaintiffs,

– against –

LEVY RESTAURANT HOLDINGS, LLC
and ROCKETBALL LTD.,

        Defendants.

**ORDER**
14-CV-2056

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 16 2015 ★
BROOKLYN OFFICE

**JACK B. WEINSTEIN, Senior United States District Judge:**

Pursuant to Federal Rule of Civil Procedure 72(b)(2) the parties had fourteen days to file written objections to the report and recommendation of the magistrate judge dated November 16, 2015. *See also* ECF No. 101 ("Any objections to the Report and Recommendation above must be filed with the Clerk of the Court within 14 days of receipt of this report"). No objection was filed.

The report and recommendation is confirmed. Defendant Rocketball Ltd.'s motion for an award of attorneys' fees (ECF No. 87) is denied.

SO ORDERED.

/s/ Jack B. Weinstein
Jack B. Weinstein
Senior United States District Judge

Dated: December 15, 2015
Brooklyn, New York